OPINION — AG — ** SECRET SOCIETIES — SCHOOL BOARDS — CONTROL OF ** WE ASK (EDUCATION COMMITTEE OF THE HOUSE OF REPRESENTATIVES) ON THE CONSTITUTIONALITY OF BANNING SORORITIES, FRATERNITIES, SECRET SOCIETIES OR OTHER SIMILAR ORGANIZATIONS FROM THE PUBLIC AND ELEMENTARY SCHOOLS BELOW THE JUNIOR COLLEGE LEVEL — WE HAVE FOUND NO OKLAHOMA CASES ON THIS SUBJECT. (OVERTHROW GOVERNMENT, KLU KLUX KLAN) CITE: 70 O.S. 4-22 [70-4-22] (J. H. JOHNSON)